UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Magdalina Kalincheva,

              Plaintiff,      Case No. 23-mc-51021

v.                                    Judith E. Levy
                                     United States District Judge
Jesse L. Neubarth, *et al.*,

                                     Mag. Judge Anthony P. Patti

            Defendants.

_____/

**ORDER DIRECTING THE CLERK'S OFFICE TO OPEN A CIVIL CASE WITH PLAINTIFF'S INITIAL FILING AND TO CLOSE THIS MISCELLANEOUS CASE**

On June 1, 2023, this miscellaneous case was opened by the Clerk's Office. The initial document entered in the case was submitted by Plaintiff Magdalina Kalincheva, who is self-represented or *pro se*. The document is titled "Emergency Motion for Leave to File - LR 5.2, Fee Exempt Pursuant to Statute, to Suspend the Rules, for Required Injunction TRO Electronic Communication Only." (ECF No. 1, PageID.1.) However, the document also appears to be titled "Notice of Removal & Instant Action of Our Financial Affidavit of Support Federal Contract turned into RICO Lawsuit, Frauds, Thefts, Genocide, Terrorism." (*Id.*)

Based on the Court's review of the document, the Court construes Plaintiff's filing as a removal notice through which Plaintiff intended to open a civil case. *See Erickson v. Pardus*, 551 U.S. 89, 94 (2007) ("A document filed *pro se* is to be liberally construed[.]" (internal quotation marks omitted)); *see also Boswell v. Mayer*, 169 F.3d 384, 387 (6th Cir. 1999) ("Pro se plaintiffs enjoy the benefit of a liberal construction of their pleadings and filings.").

Accordingly, the Clerk's Office is DIRECTED to (1) open a civil case with Plaintiff's initial filing, and (2) close this miscellaneous case.

IT IS SO ORDERED.

Dated: June 8, 2023      s/Judith E. Levy
    Ann Arbor, Michigan     JUDITH E. LEVY
                                                                   United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 8, 2023.

                                           s/William Barkholz
                                           WILLIAM BARKHOLZ
                                           Case Manager